# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Scott Grill,                                          :
          Petitioner                                 :
                                                     :   No. 1490 C.D. 2015
          v.                                         :
                                                     :
Workers' Compensation  Appeal                        :
Board (U.S. Airways),                                :
          Respondent                                 :

## ***ORDER***

AND NOW, this 1st day of December, 2016, it is ORDERED that the above-captioned opinion filed September 21, 2016, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge